United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1213

09-CV-138

J. Michael McMahon
Clerk of Court

Date: 6/24/09

S. D. N. Y. docket number: 09-5406

Re: American Eagle Outfitters, Inc., et al. v. Citigroup Global Markets, Inc.

Assigned to: Swain

Transferred from: Western District of Pennsylvania (Pittsburgh)

Dear Counsel:

This letter is to advise you that the above-captioned matter was transferred to the United States District Court for the Southern District of New York.

All documents filed in the above-captioned matter must bear the case caption, the docket number and the initials of the district judge to whom the case is assigned. If the matter is referred to a magistrate judge, the magistrate judge's initials must follow the initials of the district judge.

If this case has been designated ECF, all counsel are required to be registered ECF users of this court's ECF system. Please visit this court's website at www.nysd.uscourts.gov, to review this court's Procedures for Electronic Case Filing and the Guidelines for Electronic Case Filing. If this case has not been designated as an ECF case, all papers must be filed in the traditional manner.

Yours truly,

J. Michael McMahon, Clerk of Court

By: Leyni Disla, Deputy Clerk

FILED
JUN 29 AM 11:35
CLERK COURT
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: June 16, 2009

Clerk, U.S. District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007

IN RE: <u>AMERICAN EAGLE OUTFITTERS, INC. et al v. CITIGROUP GLOBAL MARKETS INC.</u>
WESTERN DISTRICT OF PA NO. <u>CA 09-138</u>
 Southern District of New York No. <u>09-cv-5406</u>
MDL # <u>2043</u>   TITLED: IN RE: CITIGROUP INC., ACUTION RATE SECURITIES (ARS) MARKETING LITIGATION

Dear Clerk:

Enclosed herewith please find the original record, together with a certified copy of docket entries in the above entitled case, which has been transferred to your district pursuant to a **Certified Copy of Order from Judicial Panel on Multidistrict Litigation.**

Kindly acknowledge receipt for this record on the copy of this letter provided.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Keith S. Anderson
Deputy Clerk

cc: Judicial Panel on
    Multidistrict Litigation
    One Columbus Circle, N.E.
    TMSJB, Room G-255
    North Lobby
    Washington, DC 20002-8004

    Counsel of record